# In the United States Court of Federal Claims

**No. 04-938C**

**(Filed July 23, 2004)**

**ULYSSES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

---

On July 21, 2004, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including September 1, 2004, within which to file its response to the Complaint. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**