**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ULYSSES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-938C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DIRECTLY-RELATED CASES**

Pursuant to Rule 40.2(a)(3) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court take notice that this case, Ulysses, Inc. v. United States, No. 04-938C (Judge Williams), is directly related to another case, Ulysses, Inc. v. United States, No. 04-939C (Judge Smith). Both of the above-cited cases involve the same parties, the same product, and the same essential facts and legal questions.

On June 1, 2004, Ulysses filed its complaint in both cases, Ulysses, Inc. v. United States, No. 04-938C (Judge Williams), and Ulysses, Inc. v. United States, No. 04-939C (Judge Smith). These complaints involve the same parties, the same product, and the same essential facts and legal issues. The same counsel represents Ulysses in both matters. The cases involve different procurements of the same circuit cards and the relief Ulysses seeks in both cases centers around the same argument that the circuit cards that it produces should be accepted along with the circuit cards produced by approved sources. Under RCFC 40.2(a)(1)(A), cases are directly related when they "involve the same parties and are based on the same or similar claims." Accordingly, as we demonstrate in our Motion to Transfer and Suggestion for Consolidation accompanying this notice, the later-filed case, No. 04-939C, should be transferred to this Court and should be consolidated with this case to conserve judicial resources and promote an efficient determination

of the legal issues common to both cases.

For the foregoing reasons, we respectfully request that the Court take notice that Ulysses, Inc. v. United States, No. 04-938C (Judge Williams) and Ulysses, Inc. v. United States, No. 04-939C (Judge Smith) are directly-related cases.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

September 1, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2004, a copy of the foregoing NOTICE OF DIRECTLY-RELATED CASES was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt