# In the United States Court of Federal Claims

**No. 04-938C**
**(Filed January 10, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ULYSSES, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER**

---

The court is in receipt of defendant's motion, to transfer Ulysses, Inc. v. United States, No. 04-939C to Judge Mary Ellen Coster Williams pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims. Judge Smith has agreed to have this case transferred to Judge Williams' docket. Accordingly, defendant's motion to transfer is **GRANTED**.

The Clerk of the Court is instructed to transfer Ulysses, Inc. v. United States, No. 04-939C to Judge Williams for all purposes.

**IT IS SO ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**