# In the United States Court of Federal Claims

**No. 04-938C**
**(Filed January 10, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ULYSSES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S MOTION FOR CONSOLIDATION

Defendant has filed a motion to consolidate Ulysses, Inc. v. United States, No. 04-938C and Ulysses, Inc. v. United States, No. 04-939C because both cases involve the same parties, the same product, the same essential facts and legal issues, and the same counsel represents Ulysses in both matters. Defendant states that Plaintiff does not oppose this motion. Under Rule 42(a), the Court may order actions involving a common question of law or fact consolidated. In determining whether consolidation is appropriate, the Court must weigh the interest of judicial economy against the potential for delay, confusion and prejudice that may result from consolidation. See Cienega Gardens v. United States, 62 Fed. Cl. 28, 31 (2004); Karuk Tribe of California v. United States, 27 Fed. Cl. 429, 433 (1993). The Court has broad discretion to determine whether consolidation is appropriate. Cienega Gardens, 62 Fed. Cl. at 32.

In the instant motion, both cases involve a number of similar allegations. Moreover, the judicial economy served by consolidating these two actions significantly outweighs any potential for prejudice or undue delay. Accordingly, Defendant's motion is **GRANTED**.

The Clerk of the Court is instructed to consolidate Ulysses, Inc. v. United States, No. 04-939C with Ulysses, Inc. v. United States, No. 04938C for all purposes.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**