IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ULYSSES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-938C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR CLARIFICATION
OF DATE FOR RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests the Court to clarify its January 10, 2005 order to include the date on which our response to plaintiff's complaint will be due.

On September 1, 2004, we filed a motion in this matter requesting that case number 04-939C be transferred to Judge Williams from Judge Smith and consolidated with this case because of the issues common to both complaints. At the same time, we filed a motion in case number 04-939C requesting that case be stayed while the decision on the motion for transfer and consolidation in No. 04-938 was pending. We also requested that our response be due 30 days from the date of the decision. On January 10, 2004, this Court granted our motion and consolidated case number 04-939C with this case. Accordingly, we request that this Court issue an order granting us at least 30 days from the date of this motion for a response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM

Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

January 12, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2005, a copy of the foregoing DEFENDANT'S MOTION FOR CLARIFICATION OF DATE FOR RESPONSE TO PLAINTIFF'S COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt