# In the United States Court of Federal Claims

**No. 04-938C**
**No. 04-939C**
**(Filed January 21, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ULYSSES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION OF DATE OF RESPONSE TO PLAINTIFF'S COMPLAINT**

---

On September 1, 2004, Defendant filed a motion for transfer of case number 04-939C to Judge Williams and consolidation of this case with case number 04-938C. At the same time, Defendant filed a motion in case number 04-939C requesting that the case be stayed while the decision on the motion for transfer and consolidation was pending. Defendant also requested that its responses to Plaintiff's complaints be due 30 days from the date of the Court's decision. The court granted Defendant's consolidation motion by Order dated January 10, 2005.

On January 12, 2005, Defendant filed the instant motion requesting clarification of the Court's January 10, 2005 Order as to when its responses to Plaintiff's consolidated complaints are due. In addition, Defendant requested that this Court issue an order granting Defendant at least 30 days from the date of the instant motion within which to respond. Good cause having been shown motion is **GRANTED**. Defendant's responses to Plaintiff's consolidated complaints are due **February 11, 2005**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**