Attachment A

**Ulysses Incorporated**
*MILITARY SUPPLIER SINCE 1975*
*5303 Asbury Road*
*Farmingdale, NJ 07727*
*PHONE (732) 938-7400 FAX (732) 938-2765*

August 26, 2002

Defense Supply Center Columbus
PO Box 3990
Columbus, OH 43216-5000

Attn: Brian Kennedy
614-692-7500 (Tel)
614-692-6929 (Fax)

Subject: SP0960-02-M-4209
SP0960-02-M-5456
Stop Work Order

Dear Mr. Kennedy:

With reference to subject as well as our telephone conversation we herein wish to advise you of the following.

Melstrom Mfg. Corp. and Ulysses Inc. have been manufacturers of the end item, or Circuit Firing Equipment P/N 178AS100; the subject contract item is an internal component of the above equipment.

We attach hereto copies of DD250's for orders which we received and completed as follows;

A. (1) Sikorsky Aircraft order #P7853063 for 3 units; shipment #MMC001 (2 units) dated June 6, 1997 and shipment #MMC0002Z (1 unit) dated June11, 1997.
(2) Aero International Inc. order #974607/72804 for 1 unit; shipment #MMC0001Z dated December 3, 1998.
(3) Sikorsky Aircraft order #P7964575; shipment #MMC0001Z for 7 units dated July 17, 2001.
(4) Australian Government order #4500068888 for 2 units; shipment #MMC0001Z dated April 4, 2002.

B. Subject item P/N 178AS112, as we indicated above, is part of the above equipment and we attach hereto DD250 for order with Associated Aircraft Mfg. & Sales, order #P102305 for 16 units; shipment #ULI0001Z dated April 17, 2002.

C. We also attach hereto DD250's for another Circuit Card Assembly P/N 178AS114, which is also part of the same equipment P/N 178AS100.
(1) Contract No. SP0960-01-M-6644; shipment #ULI0001 (9 units) dated January 15, 2002 and shipment #ULI0002Z (33 units) dated March 15, 2002
We also had a good number of other contracts from your facility on this item which you must be aware of.



732 938 2765 P.12/15

Defense Supply Center Columbus
Attn: Brian Kennedy

August 26, 2002

Even though we are certain that we had government contracts in the past for both items P/N 178AS100 and 178AS112, due to the time elapsed we can not locate the files. I am certain that each of the orders we have received form Sikorsky Aircraft and the others had a government contract behind it.

The information provided should give you enough confidence that if we are able to produce the equipment, which is by far a much more complicated assembly than the subject item and which is part of the equipment, we should be able to perform on the subject contracts. We therefore request that you indicate in your records that we are the manufacturer of the equipment P/N 178AS100 as well as of all the sub-assemblies within the equipment itself.

I hope the above will satisfy your request for information. However if anything else is needed feel free to call us.

Very truly yours,

Ulysses. Inc.

Demetrios Tsoutsas, President

DT:et / 637/708
Enc.

Cc: DCMC ACO Rick LaPointe (732) 532-3626 Fax
DCMC QAR

Attachment B

TOTAL P.01

# Ulysses Incorporated

*MILITARY SUPPLIER SINCE 1975*
*5303 Asbury Road*
*Farmingdale, NJ 07727*
*PHONE (732) 938-7400 FAX (732) 938-2765*

November 13, 2002

Defense Supply Center Columbus
3990 E. Broad Street
Columbus, OH 43216-5010

Attn: Brian Kennedy
614-692-7500 (Tel)
614-692-6929 (Fax)

Subject: SP0960-02-M-4209
SP0960-02-M-5456
Stop Work Order

Dear Mr. Kennedy:

With reference to subject contracts and our previous correspondence where we submitted to you documentation indicating that we are the manufacturer of the subject contracts item as well as the next higher assembly, which is the equipment itself; we herein wish to state the following.

One of the contracts is approximately 95% complete and the second contract is approximately 80%–85% complete. In view of the fact that both contracts are close to completion we intend to go back into production and complete the remaining work that is to be done. We realize that in the event that the unthinkable happens, which is cancellation of the contracts on the basis that we are not the manufacturer of the item, the cost of the remaining percentage of the work to be done will not be included in the settlement cost. The reason for us in completing the assemblies is that it will not be economical to restock the components and reset the job in the future.

In the event you decide to cancel the contracts, we would appreciate your response to our letter of October 14, 2002, and furnish us with the information requested as well as justify the reasons for not considering us as the manufacturer of the item after we provided you with all the information indicating that we are.

Due to the cost of the material involved we would appreciate your response within fifteen (15) days from the date of this letter.

We sincerely hope that you take into consideration the information we have provided to you and conclude that we are the manufacturer of this item as well as the end equipment.

Very truly yours,

ULYSSES, INC.

Demetrios Tsoutsas, President

DT:et / 637 & 708
Cc: DCMC ACO Rick LaPointe 732-532-3626 (fax)
DCMC QAR

Attachment C

**Ulysses Incorporated**
*MILITARY SUPPLIER SINCE 1975*
*5303 Asbury Road*
*Farmingdale, NJ 07727*
*PHONE (732) 938-7400 FAX (732) 938-2765*

November 20, 2002

Defense Supply Center Columbus
PO Box 3990
Columbus, OH 43216-5000

(1) No previous history → this is why must go through approval process

Attn: Brian Kennedy
614-692-7500 (Tel)
614-692-6929 (Fax)

Subject: SP0960-02-M-4209
SP0960-02-M-5456
Stop Work Order

Dear Mr. Kennedy:

With reference to subject, previous correspondence as well as your letter of this date, November 20, 2002, we herein wish to respond as follows.

In our letter of August 26, 2002, we indicated our previous contracts that we had with a number of our customers for the exact subject item as well as the next higher assembly which the subject unit goes into.

(1) The two contracts were issued based on the solicitations which we responded to and I am certain that our company's name was listed somewhere as the supplier of this item. Upon receipt of the contracts we had no reason to believe that there would be a question as to whether or not Ulysses is a qualified supplier of this item; we therefore began performance on the contracts immediately.

Yes, I did indicate to you that Ulysses most likely had Government contracts in the past; however due to the time elapsed the contractual data (in most cases) is not retained beyond seven (7) years. Therefore, it is possible that any contracts, we may have had, have been disposed of.

We will make an effort through our customers, such as Sikorsky and others, to see if they can give us their contract number with the Government which they used to purchase the equipment from us.

Your statement that, "The Government is not responsible for costs of manufacturing an item that does not meet stated military specifications and standards" is false, since Ulysses is manufacturing all items on Government contracts, directly or indirectly, according to military specifications and standards.

Defense Supply Center Columbus
Attn: Brian Kennedy

November 20, 2002

Your next statement that, "Neither one of the quotes Ulysses Inc. submitted for these awards stated you were making alternate part bids" is also false. Ulysses is not making alternate parts, and again the parts that we are making are in accordance with military drawings, specifications and standards.

Along with this letter we also fax copy of the assembly drawing, P/N 178AS112 for your evaluation and not to be used for procurement purposes and therefore have stamped the drawing accordingly. I would also like to ask whether or not the Government has documentation concerning this item; if it does it should be made available to us for obvious reasons.

Ulysses, Inc. has been a prime contractor to the Government since 1975 and has successfully performed on thousands of procurements. According to Federal Acquisition Regulations the Government has remedies for everything. If you are in doubt of our ability to manufacture the item, after all the information we have provided to you, you can impose a F/A requirement or you can have DCMC representatives to verify the data in our files as well as witness the inspection and test of the subject unit and report to your office accordingly.

As I had indicated in our letter of November 13, 2002, in view of the fact that as of the time we received the stop work order we were close to completion, we decided to complete the units for reasons explained. Therefore, if you are still in doubt of our ability to manufacture the units according to military specifications and standards, you may impose a F/A requirement at no cost to the Government, which F/A can be tested and inspected in our facility or can be sent to any designated Government facility by your office and this can be accomplished within ten (10) working days as far as we are concerned.

Another matter that puzzles me is the obvious mistrust some of the facilities have as far as designating the authority to DCMC to verify data or any other pertinent information.

I hope the above will satisfy your need for information and conclude this matter once and for all. Your response within the next ten (10) days would be greatly appreciated.

Very truly yours,

ULYSSES, INC.

[signature]

Demetrios Tsoutsas
President

DT:ct / 637/708

Cc: DCMC ACO Rick LaPointe 732-532-3626
DCMC QAR

TOTAL P.02

Attachment D

**Ulysses Incorporated**
*MILITARY SUPPLIER SINCE 1975*
*5303 Asbury Road*
*Farmingdale, NJ 07727*
*PHONE (732) 938-7400 FAX (732) 938-2765*

October 14, 2002

Defense Supply Center Columbus
P.O. Box 3990
Columbus, OH 43216-5000

Attn: Brian Kennedy
614-692-7500 (Tel)
614-692-6929 (Fax)

Subject: SP0960-02-M-4209
SP0960-02-M-5456
Stop Work Order

Dear Mr. Kennedy:

With reference to subject contracts, on August 26, 2002, we had responded to your stop Work Order and as yet we have not received a response to our letter.

In the above mentioned letter we had specifically given you information pertaining to previous history of contracts which clearly indicated that we are an approved source for manufacturing the items under subject contracts.

For reasons I can not disclose at this point we request under the Freedom of Information Act, that you provide us with the source who has indicated to you that we are not an approved source to manufacture this item. We intend to look into those recommendations, the source of them as well as the reasons behind them.

We would appreciate your co-operation in this matter and furnishing the requested information to us as soon as possible.

Very truly yours,

ULYSSES INC.

Demetrios Tsoutsas, President

DT:et / 637/708
Cc: DCMC ACO Rick LaPointe 732-532-3626 (Fax)
DCMC QAR