# In the United States Court of Federal Claims

**No. 04-938C**
**No. 04-939C**
**(consolidated)**

**(Filed June 30, 2005 )**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ULYSSES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**NOTICE TO THE PARTIES**

---

The Defendant is hereby requested to file the modifications canceling the purchase orders at issue forthwith.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**